**Stanley Wayne BROOKS, Plaintiff—Appellant,**

v.

**M. BABB; et al., Defendants—Appellees.**

No. 04–16948.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 14, 2005.*

Decided June 28, 2005.

Stanley Wayne Brooks, Carson City, NV, pro se.

Daniel Wong, Esq., Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM **

Stanley Brooks, a Nevada state prisoner, appeals pro se the dismissal, for failure to exhaust administrative remedies, of his action against prison officials under 42 U.S.C. § 1983, claiming violation of his Eighth Amendment rights in their deliberation indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Brooks contends that the district court erred in reassigning his case to a different judge. This contention lacks merit because the district court has authority to control its docket. *See Southern Cal. Edison Co. v. Lynch*, 307 F.3d 794, 807 (9th Cir.2002). The district court also did not err in referring motions to a magistrate judge. *See* 28 U.S.C. § 636(b)(1). Judge Hicks did not err in failing to recuse himself. *See United States v. Chischilly*, 30

F.3d 1144, 1149 (9th Cir.1994). In addition, the district court did not err in denying Brooks's motion to require prison officials to allow him to copy more documents than permitted under a rule permitting prisoners to accrue a $100 copy work debt at $.10 per copy. *See Lewis v. Casey*, 518 U.S. 343, 384, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996).

Brooks contends that he established exhaustion of administrative remedies, as required by 42 U.S.C. § 1997e. For the reasons stated by the district court in its order adopting the magistrate judge's report and recommendation and dismissing the case, this contention lacks merit. *See Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 152 L.Ed.2d 12 (2002).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.